IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GENE ALLEN COMBS,** <br> Petitioner, <br> v. <br> **SHAWN HATTON,** <br> Respondent. | Case No. 2:17-cv-00788-KJM-EFB <br> [~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 1, 2017, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 60 days of the date the answer is filed.

Dated: June 12, 2017

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SF2017401401
20987219.doc